# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HEPING LI, et al., | |
| Plaintiffs, | Civil Action No. 20-2008 (JMC) |
| v. | |
| KEQIANG LI, et al., | |
| Defendants. | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court **ORDERS** the following:

Plaintiffs' claims against Keqiang Li, Shengkun Guo, Xinshe Lu, Yaojun Meng, and the John Does are **DISMISSED** sua sponte for lack of subject matter jurisdiction.

The Motion to Dismiss filed by the Industrial Commercial Bank of China, ECF 29, is **GRANTED**. Plaintiffs' claims against the bank are **DISMISSED** under Fed. R. Civ. P. 12(b)(6) for failure to state a claim.

The case is **DISMISSED**.

This is a final, appealable order.

**SO ORDERED.**

DATE: April 5, 2022

_____
Jia M. Cobb
U.S. District Court Judge